UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **OLIVER BROWDEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-878** |
| **CALDWELL CORRECTIONAL CENTER** | **SECTION "A" (2)** |

# O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Oliver Browden's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

May 16, 2014

_____
UNITED STATES DISTRICT JUDGE